1 | David H. Krieger, Esq.
NV Bar No. 9086
2 | HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
3 | Henderson, Nevada 89123
Phone: (702) 880-5554
4 | FAX: (702) 385-5518
dkrieger@hainesandkrieger.com
5 |
Michael Kind, Esq.
6 | NV Bar No. 13903
KAZEROUNI LAW GROUP, APC
7 | 7854 W. Sahara Avenue
Las Vegas, NV 89117
8 | Phone: (800) 400-6808 x7
FAX: (800) 520-5523
9 | mkind@kazlg.com

10 | *Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| MARKINI J. CLARKE, | Case No.: 2:15-cv-00897-GMN-GWF |
|---|---|
| Plaintiff, | |
| v. | |
| CAPITAL ONE BANK (USA), N.A., GMAC MORTGAGE, LLC, SYNCHRONY BANK/JCPENNY, and EXPERIAN INFORMATION SOLUTIONS, INC., | **STIPULATION OF DISMISSAL OF SYNCHRONY BANK/JCPENNY** |
| Defendants. | |

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff MARKINI J. CLARKE ("Plaintiff") and Defendant SYNCHRONY BANK/JCPENNY ("SYNCHRONY"),

having reached settlement, stipulate to dismiss SYNCHRONY from the above-captioned matter with prejudice as to Plaintiff's claims against SYNCHRONY. Each party will bear its own costs, disbursements, and attorney fees.

Dated: December 11, 2015

BY: /S/ __Michael Kind__  
    Michael Kind, Esq.  
    7854 W. Sahara Avenue  
    Las Vegas, NV 89117  
    Phone: (800) 400-6808 x7  
    FAX: (800) 520-5523  
    mkind@kazlg.com  
    *Attorney for Plaintiff*

BY: /S/ __Matthew Knepper__  
    Matthew Knepper, Esq.  
    1160 Town Center Drive, Ste. 330  
    Las Vegas, NV 89144  
    702.634.5000  
    Email:matthew.knepper@akerman.com  
    *Attorney for SYNCHRONY BANK/ JCPENNY*

IT IS SO ORDERED:

_____  
UNITED STATES DISTRICT JUDGE

DATED: December 15, 2015

**CERTIFICATION OF SERVICE**

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on December 11, 2015, the foregoing STIPULATION OF DISMISSAL OF SYNCHRONY BANK/JCPENNY was served on all parties appearing in this case via CM/ECF:

**Charles E Gianelloni**
Email: cgianelloni@swlaw.com
**Bob L. Olson**
Email: bolson@swlaw.com
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway
Las Vegas, NV 89169
702-784-5200
Fax: 702-784-5252
*Attorneys for Experian Information Solutions, Inc.*

                                                KAZEROUNI LAW GROUP, APC

                                                BY: /s/ Michael Kind
                                                       MICHAEL KIND
                                                       7854 W. Sahara Avenue
                                                       Las Vegas, NV 89117